UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARGARET E. DESCHAMPS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 08-0347 (RBW) |
| DISTRICT OF COLUMBIA *et al*., | ) |
| Defendants. | ) |

ORDER

This matter is before the Court on Defendant Nina Hill's Motion to Dismiss the Complaint pursuant to Rule 12(b)(1), (b)(5) and (b)(6) of the Federal Rules of Civil Procedure. Because the granting of this motion could dispose of the case, plaintiff, proceeding *pro se*, is advised of the following.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id*. at 509. Moreover, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." Local Civil Rule 7(b). Accordingly, it is hereby

ORDERED that plaintiff shall respond to defendant Hill's motion by **August 4, 2008**. If

plaintiff does not respond by that date, the Court will treat the motion as conceded and may dismiss the complaint against the movant or in its entirety if it concludes pursuant to Rule 12(b)(1) that subject matter jurisdiction is wanting.

_____s/_____
Reggie B. Walton
United States District Judge

Date: July 1, 2008